UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:19-cr-00180-RNC-16

WANDA CARTER

ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted (see ECF No. 1260). Accordingly, a finding of guilty shall enter forthwith. Sentencing is scheduled for October 20, 2020 at 10:00 AM.

So ordered this 27th day of July, 2020.

_____/s/ RNC_____
Robert N. Chatigny
United States District Judge